**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re Ronald A. Katz Technology     v. _____

No. 2013-1428

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for: Ronald A. Katz Technology Licensing LP
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

Name: Frank V. Pietrantonio
Law firm: Cooley LLP
Address: 11951 Freedom Drive
City, State and ZIP: Reston, VA 20190-5656
Telephone: 703 456-8000
Fax #: 703 456-8100
E-mail address: fpietrantonio@cooley.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Nov. 1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes     ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

6/11/2013                              /s/ Frank V. Pietrantonio
_____                          _____
Date                                   Signature of pro se or counsel

cc: Office of the Solicitor, PTO; Nathan K. Kelley; Thomas W. Krause; Stacy B. Margolies

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2013, the foregoing Entry of Appearance was served on the following counsel of record via the Court's Electronic Filing System and first class mail, postage prepaid:

Nathan K. Kelley
Thomas W. Krause
Stacy B. Margolies
Office of the Solicitor
United States Patent and Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, VA 22313-1450

                                              */s/ Frank V. Pietrantonio*
                                              Frank V. Pietrantonio
                                              Cooley LLP
                                              One Freedom Square
                                              11951 Freedom Drive
                                              Reston, VA 20190-5656
                                              Tele: 703 456-8000
                                              Fax:  703 456-8100
                                              fpietrantonio@cooley.com